# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSEPH ALEXANDER MERVIS,

    Plaintiff(s),

v.

MGM INTERNATIONAL,

    Defendant(s).

Case No. 2:17-cv-02605-JCM-NJK

ORDER

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). Given the circumstances of this case, the Court will suspend the deadline to file a discovery plan. If any claim survives the motion to dismiss, then a stipulated discovery plan shall be filed within 14 days of the issuance of the ruling resolving the motion to dismiss.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge